UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

---

IN RE: DePUY ORTHOPAEDICS, INC. )
ASR HIP IMPLANT PRODUCTS ) MDL No. 1: 10 md 2197
LIABILITY LITIGATION )
) **SHORT FORM COMPLAINT**
) **FOR**
) **DePUY ORTHOPAEDICS, INC.**
) **ASR HIP IMPLANT PRODUCTS**
) **LIABILITY LITIGATION**

---

This applies to:

Sandra Phillips v. DePuy Orthopaedics, Inc. *et al.*    **JURY TRIAL DEMAND**

---

SANDRA PHILLiPS

      Plaintiff,

-against-

DePUY ORTHOPAEDICS, INC., DePUY INC., DEPUY INTERNATIONAL LIMITED, JOHNSON & JOHNSON, JOHNSON & JOHNSON SERVICES, INC. JOHNSON & JOHNSON INTERNATIONAL,

      Defendants.

---

## ABBREVIATED SHORT FORM COMPLAINT FOR DePUY ORTHOPAEDICS, INC. ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION

1. Plaintiff, Sandra Phillips, states and brings this civil action before the Court for the United States District Court for the Northern District of Ohio as a related action in the matter entitled IN RE: DePUY ORTHOPAEDICS, INC. ASR HIP

1

<u>IMPLANT PRODUCTS LIABILITY LITIGATION</u>, MDL No. 2197. Plaintiff is filing this short form complaint as permitted by Case Management Order No. 4 of this Court.

**ALLEGATIONS AS TO VENUE**

2. Venue of this case is appropriate in the Southern District Court of State of Mississippi. Plaintiff states that but for the Order permitting direct filing into the Northern District of Ohio pursuant to Case Management Order No 4, Plaintiff would have filed in the Southern District Court of the State of Mississippi. Therefore, Plaintiff respectfully requests that at the time of transfer of this action back to the trial court for further proceedings that this case be transferred to the above referenced District Court.

3. Plaintiff Sandra Phillips is a resident and citizen of Leland, Washington County, Mississippi and claims damages as set forth below. Plaintiff's Spouse Randy Phillips is a resident and citizen of Leland, Washington County, Mississippi, and claims damages as a result of loss of consortium.

4. Plaintiff was born on January 5, 1961.

5. ~~Plaintiff is filing this case in a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____ Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.~~

~~Plaintiff claims damages as a result of:~~

~~_____ injury to herself/himself~~

~~_____ injury to the person represented~~

~~_____ wrongful death~~

~~_____ survivorship action~~

~~_____ economic loss~~

~~_____ loss of services~~

~~_____ loss of consortium~~

## ALLEGATIONS AS TO INJURIES

6. Plaintiff was implanted with a DePuy ASR hip implant on her right hip on July 24, 2009 at Merit Health River Oaks in Flowood, Mississippi by Dr. Brian Johnson, M.D.

7. ~~Plaintiff was implanted with a DePuy ASR hip implant on his/her _____ hip on or about _____ (date) at the _____ (medical center), in _____, _____, by Dr. _____.~~

8. From July 24, 2009 to the present, Plaintiff suffered the following personal and economic injuries as a result of the implantation with the ASR hip implant: right hip pain, medical monitoring, physician visits, pain and suffering, mental anguish, future hip surgery; and other damages to be proven through the litigation of this case.

9. Plaintiff had the DePuy ASR hip implant explanted on August 19, 2019, at Baptist Medical Center 1225 North State Street, Jackson, Mississippi 39202 by Dr. Jeffrey Almand ~~or Plaintiff will be having the _____ ASR hip explanted on or about _____, or Plaintiff has not yet scheduled an explantation of the ASR hip implant~~.

10. ~~Plaintiff had the _____ ASR hip implant explanted on _____, at _____ (medical center and address) by Dr.~~

3

~~_____ or Plaintiff will be having the _____ ASR hip explanted on or about _____.~~

11. Plaintiff has suffered injuries as a result of implantation and explantation of the DePuy ASR hip implant manufactured by the defendants as shall be fully set forth in Plaintiff's Fact Sheet and other responsive documents provided to the Defendants and are incorporated by reference herein.

12. At the time of implantation with the ASR hip implant, the Plaintiff resided at 922 6th Street, Leland, Mississippi 38756.

13. The Defendants by their actions or inactions, proximately caused Plaintiff's injuries.

14. The Plaintiff could not have known that the injuries she suffered were as a result of a defect in the ASR hip implant until after the date the device was recalled from the market and the Plaintiff came to learn of the recall.

15. The Plaintiff could not have known that she was injured by excessive levels of chromium and cobalt until after the date she had her blood drawn and she was advised of the results of said blood-work.

16. As a result of the injuries Plaintiff sustained, she is entitled to recover compensatory damages for pain and suffering and emotional distress and for economic loss as well as punitive damages.

**ALLEGATIONS AS TO DEFENDANTS**
**SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

17. The following claims and allegations are asserted by Plaintiff and are herein adopted by reference:

   _X_    FIRST CAUSE OF ACTION
            (NEGLIGENCE);

   _X_    SECOND CAUSE OF ACTION
            (NEGLIGENCE PER SE);

   _X_    THIRD CAUSE OF ACTION
            (STRICT PRODUCTS LIABILITY-DEFECTIVE DESIGN)

   _X_    FOURTH CAUSE OF ACTION
            (STRICT PRODUCTS LIABILITY-MANUFACTURING DEFECT);

   _X_    FIFTH CAUSE OF ACTION
            (STRICT PRODUCTS LIABILITY-FAILURE TO WARN);

   _X_    SIXTH CAUSE OF ACTION
            (BREACH OF EXPRESS WARRANTY);

   _X_    SEVENTH CAUSE OF ACTION
            (BREACH OF WARRANTY AS TO MERCHANTABILITY)

   _X_    EIGHTH CAUSE OF ACTION
            (BREACH OF IMPLIED WARRANTIES);

   _X_    NINTH CAUSE OF ACTION
            (FRAUDULENT MISREPRESENTATION);

   _X_    TENTH CAUSE OF ACTION
            (FRAUDULENT CONCEALMENT);

   _X_    ELEVENTH CAUSE OF ACTION
            (NEGLIGENT MISREPRESENTATION);

   _X_    TWELFTH CAUSE OF ACTION
            (FRAUD AND DECEIT);

   _X_    THIRTEENTH CAUSE OF ACTION
            (UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER STATE LAW);

   _X_    FOURTEENTH CAUSE OF ACTION
            (MISREPRESENTATION BY OMISSION);

   _X_    FIFTEENTH CAUSE OF ACTION
            (CONSTRUCTIVE FRAUD);

  X    SIXTEENTH CAUSE OF ACTION
(NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS;

  X    SEVENTEENTH CAUSE OF ACTION
(INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS);

  X    EIGHTEENTH CAUSE OF ACTION
(GROSS NEGLIGENCE/MALICE);

  X    NINETEENTH CAUSE OF ACTION
(LOSS OF CONSORTIUM);

  X    TWENTIETH CAUSE OF ACTION
(PUNITIVE DAMAGES)

  X    TWENTY-FIRST CAUSE OF ACTION
(MEDICAL MONITORING)

  __    TWENTY-SECOND CAUSE OF ACTION
(VIOLATION OF APPLICABLE STATE CONSUMER FRAUD STATUTE) – **SPECIFY THE STATUTE ALLEGED** _____

  X    TWENTY-THIRD CAUSE OF ACTION
(RESTITUTION OF ALL PURCHASE COSTS AND DISGORGEMENT OF ALL PROFITS FROM MONIES THAT PLAINTIFF INCURRED IN PURCHASE OF THE HIP IMPLANT)

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. For compensatory damages requested and according to proof;

2. For punitive or exemplary damages against Defendants;

3. For all applicable statutory damages of the state whose laws will govern this action;

4. For medical monitoring, whether denominated as damages or in the form of equitable relief;

5. For an award of attorneys' fees and costs;

6. For prejudgment interest and the costs of suit; and

7. For such other and further relief as this Court may deem just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury as to all claims in this action.

DATED, this the 21st day of January, 2020.

        Respectfully submitted,

        SANDRA PHILLIPS


        By:    *Laurel Li Harris*
                Laurel Li Harris,
                *Attorney for Plaintiff*


OF COUNSEL:

Timothy W. Porter, MSB No. 9687
Patrick C. Malouf, MSB No. 9702
Laurel Li Harris, MSB No. 104078
PORTER & MALOUF, P.A.
Post Office Box 12768
Jackson, MS  39236-2768
Telephone:    (601) 957-1173
Facsimile:    (601) 957-7366
tim@portermalouf.com
patrick@portermalouf.com
laurelli@portermalouf.com